IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MONIQUE SMITH,<br><br>                          *Plaintiff,*<br>     v.<br>C. RATLEDGE,<br><br>                          *Defendant.* | CASE NO. 7:16CV00111<br><br>Order<br><br><br>JUDGE NORMAN K. MOON |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Smith's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and this matte is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This  9th  day of May, 2016.

3