IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MONIQUE SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16cv00111 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| C. RATLEDGE, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

This matter is before me on Monique Smith's motion asking me to reconsider my opinion and order dismissing his action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim against the named defendant. Having reviewed the motion and pertinent portions of the record, I remain convinced that the action was properly dismissed. Accordingly, it is hereby **ORDERED** that Smith's motion for reconsideration (Docket No. 10) is **DENIED**. Smith is reminded that the dismissal of his case was without prejudice to his opportunity to refile his claims in a separate action.

The Clerk shall send a copy of this order to Smith.

**ENTER**: This 28th day of June, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE